Evans' Estate.

Argued May 12, 1941. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

524

526

*Emanuel Moss,* of *Moss & Moss,* with him *Kraus & Weyl* and *Jerome L. Markovitz,* for appellant.

*Benjamin O. Frick,* for appellee.

PER CURIAM, June 30, 1941:
The decree is affirmed on the foregoing extracts from the opinion of Judge HOLLAND.
Costs to be paid by appellant.